# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMENTE GONZALEZ,<br><br>  Plaintiff,<br><br> v.<br><br>SELMA POLICE DEPARTMENT, et al.,<br><br>  Defendants. | Case No. 1:18-cv-00602-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(ECF No. 2)<br><br>TWENTY DAY DEADLINE |

Plaintiff Clemente Gonzalez, proceeding pro se, filed this action on May 2, 2018. (ECF No. 1.) Along with his complaint, Plaintiff filed an application to proceed in this action without prepayment of fees. (ECF No. 2.)

Upon review of the application, Plaintiff has not answered all of the questions on the form. Plaintiff stated that he has received money in the past 12 months from business, profession, or other self-employment and he indicated that he does side jobs. However, he did not indicate the amount of money he has received and the amount of money he expects that he will continue to receive. Further, Plaintiff indicated that he receives money from other sources, including unemployment, but did not indicate the amount received and what he expects to continue to receive. Therefore, the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed

1

in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, the Court shall recommend that this action be dismissed.

IT IS SO ORDERED.

Dated: __**May 3, 2018**__

UNITED STATES MAGISTRATE JUDGE