# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMENTE GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>SELMA POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. 1:18-cv-00602-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT SUPPLEMENTAL BRIEFING ON MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2, 4)<br><br>TEN-DAY DEADLINE |

Plaintiff Clemente Gonzalez, proceeding pro se, filed this action on May 2, 2018. (ECF No. 1.) Along with his complaint, Plaintiff filed an application to proceed in this action without prepayment of fees. (ECF No. 2.) The Court found that the motion to proceed in forma pauperis was not adequately completed because Plaintiff stated he was self-employed and was receiving unemployment but did not state the amounts that he received from these sources. An order issued requiring Plaintiff to file a long form application to proceed in forma pauperis. On May 16, 2018, Plaintiff filed a motion to proceed in forma pauperis.

Upon review of the application, Plaintiff has not included his unemployment income in the application. Further, Plaintiff states that he does not know his spouse's income and the expenses that he claims for her are very high. For example, Plaintiff claims that their rent or mortgage is only $350.00 per month but they spend $1,500.00 a month on home maintenance. Plaintiff also states that they spend $2,000.00 per month on clothing, $3,000.00 per month on

medical and dental expenses as well as $2,000.00 per month on health insurance, and $2,600.00 per month on vehicle insurance. Based on Plaintiff's current application, in order to pay the monthly expenses listed in the application, the monthly income in his household would be over $12,500.00 and the ability to spend $2,000.00 per month on clothing would indicate that Plaintiff is not entitled to proceed in this action without prepayment of fees.

Accordingly, the Court will require Plaintiff to provide briefing addressing why he has not included his unemployment income in the current application, the monthly expenses for his household and, if he is unable to state his wife's income, information on her profession such as her job title, where she is employed, and the number of hours that she works per week. If Plaintiff is unwilling to provide this information, Plaintiff must pay the filing fee in full.

Based upon the foregoing, IT IS HEREBY ORDERED that:

1. Within **ten (10)** days from the date of service Plaintiff shall file supplemental briefing, executed under penalty of perjury, addressing:

   a. Why he has not included his unemployment income in the application to proceed without prepayment of fees;

   b. His spouse's income and if not known her job title, place of employment, and the number of hours she works each week;

   c. The monthly expenses claimed; and

2. If Plaintiff fails to comply with this order, the Court shall recommend that this action be dismissed.

IT IS SO ORDERED.

Dated:   **May 17, 2018**

_____
UNITED STATES MAGISTRATE JUDGE