UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMENTE GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> SELMA POLICE DEPARTMENT, et al., <br><br> Defendants. | No. 1:18-cv-00602-DAD-SAB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* <br><br> (Doc. Nos. 2, 4, 7) |

Plaintiff Clemente Gonzalez, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 2, 2018. Along with his complaint, plaintiff filed a motion to proceed *in forma pauperis*. (Doc. Nos. 2, 4.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 1, 2018, the magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* be denied. (Doc. No. 7.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within thirty days from the date of service. The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly,

1. The findings and recommendations issued June 1, 2018 (Doc. No. 7) are adopted in full;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. Nos. 2, 4) is denied;
3. Plaintiff shall pay the filing fee of $400.00 within thirty days of the date of service of this order; and
4. If plaintiff fails to pay the filing fee in compliance with this order, this action will be dismissed.

IT IS SO ORDERED.

Dated: **August 13, 2018**

UNITED STATES DISTRICT JUDGE